ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of - )
)
Schuyler Line Navigation Company, LLC ) ASBCA Nos. 63419, 63473, 63550
)
Under Contract No. SPE604-19-D-7518 )

APPEARANCES FOR THE APPELLANT: Erik M. Coon, Esq.
Douglas L. Patin, Esq.
  Bradley Arant Boult Cummings LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Kelly L. Diaz-Albertini, Esq.
  DLA Acting Chief Trial Attorney
Daniel R. Douglass, Esq.
Deanna Y. Johnson, Esq.
  Trial Attorneys
  DLA Energy
  Fort Belvoir, VA

ORDER OF DISMISSAL

The disputes have been settled. The appeals are dismissed with prejudice.

Dated: July 16, 2025

_____
OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63419, 63473, 63550, Appeals of Schuyler Line Navigation Company, LLC, rendered in conformance with the Board's Charter.

Dated:  July 16, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals